```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X
:
LUIS TORO, *on behalf of himself and all others similarly situated*,
:
:
:                                    1:22-cv-6780-GHW
   Plaintiff,         :
:                                         ORDER
   -against-           :
:
DOGFISH TACKLE CO.,   :
:
   Defendant.         :
:
----------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court has scheduled an initial pre-trial conference in this case to take place on **November 23, 2022 at 4:00 p.m.** by separate order to be entered today. That conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for the parties, Plaintiff, and a representative for Defendant are ordered to attend that conference in person.

SO ORDERED.

Dated: August 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge